FILED
Jul 27, 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By Ann Frantz at 9:54 am, Jul 27, 2011
DEPUTY CLERK

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Middle District of Tennessee.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Middle District of Tennessee with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 26, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION                                                      MDL No. 1760

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| TNM | 3 | 06–00812 | ALN | 2 | 06–01140 | Yvonne A. Harvey, etc. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 06–00957 | CAC | 2 | 06–05207 | Adrianne Georges v. Novartis Pharmaceuticals Corp., et al. |
| TNM | 3 | 06–00862 | CAE | 1 | 06–00939 | Chris Hill v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 06–00742 | ILN | 1 | 06–03052 | Stuart Porter v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08–00918 | MD | 8 | 08–02089 | Stacy Zimmerman, etc. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 08–00923 | MSS | 3 | 08–00517 | Marsha Brown, etc. v. Novartis Pharmaceuticals Corp. |
| TNM | 3 | 06–01059 | NJ | 2 | 06–04113 | Sona Stambolian v. Novartis Pharmaceuticals Corp. |