Katharine R. Latimer (*admitted pro hac vice*)
  klatimer@hollingsworthllp.com
Martin C. Calhoun (*admitted pro hac vice*)
  mcalhoun@hollingsworthllp.com
Hollingsworth LLP
1350 I Street, NW
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

James A. Bruen (State Bar No. 43880)
  jbruen@fbm.com
James H. Colopy (State Bar No. 172806)
  jcolopy@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

Richard C. Bennett (State Bar No. 60561)
  richardb@bjglawyers.com
Bennett, Johnson & Galler
1901 Harrison Street, 16th Floor
Oakland, CA 94612
Telephone:  (510) 835-5020
Facsimile: (510) 835-4260

Robert G. Germany (*admitted pro hac vice*)
  rgg@pgrwlaw.com
Pittman, Germany, Roberts & Welsh LLP
410 South President Street
Jackson, MS 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

Attorneys for Plaintiff
CHRIS HILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　Defendant. | Case No.  1:06-CV-00939 AWI-DLB<br><br>**STIPULATED SCHEDULING ORDER** |

**STIPULATED SCHEDULING ORDER**

As ordered by the Court during the November 16, 2011 Scheduling Conference, the parties hereby stipulate to, and request that the Court adopt, the proposed schedule set forth below:

/////

/////

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED SCHEDULING ORDER [PROPOSED]
Case No. 1:06-CV-00939 AWI-DLB

- 1 -

21201\2865126.1

| **Deadlines/Events** | **Date** |
|---|---|
| File joint designation of MDL docket designations | 12/9/11 |
| Seek leave to add parties or otherwise amend pleadings | 12/16/11 |
| Plaintiff to identify damages witnesses who may be called at trial | 1/9/12 |
| Plaintiff to supplement responses to NPC's interrogatories and document requests | 2/6/12 |
| NPC to file motion to apply New Jersey law to plaintiff's request for punitive damages ("Choice-of-Law Motion") | 1/6/12 |
| Plaintiff to file opposition to Choice-of-Law Motion | 2/3/12 |
| NPC to file reply in support of Choice-of-Law Motion | 2/17/12 |
| NPC to file motion to preclude punitive damages | within 30 days after Court issues ruling on Choice-of-Law Motion |
| Plaintiff to file opposition to motion to preclude punitive damages | 28 days after NPC files its motion |
| NPC to file reply in support of motion to preclude punitive damages | 14 days after plaintiff files her opposition |
| NPC to complete depositions of damages witnesses | 6/1/12 |
| NPC to complete any supplemental depositions of plaintiff's experts (if requested by NPC and permitted by the Court): | 7/13/12 |
| NPC to file *Daubert* and summary judgment motions | 8/15/12 |
| Plaintiff to file oppositions to NPC's *Daubert* and summary judgment motions | 9/12/12 |
| NPC to file replies in support of *Daubert* and summary judgment motions | 9/26/12 |
| *Daubert* and summary judgment motions to be heard by Chief Judge Ishii | hearing date no later than 11/12/12 |
| Final pretrial conference before Chief Judge Ishii | 1/4/13 at 1:30 p.m. |
| Motions *in limine*, deposition designations, objections thereto, deposition counter-designations, objections thereto, objections to exhibits, proposed jury instructions, proposed voir dire questions | deadlines to be set at final pretrial conference |
| Trial date before Chief Judge Ishii | 2/26/13 |

Seen and agreed:

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED SCHEDULING ORDER [PROPOSED]
Case No. 1:06-CV-00939 AWI-DLB      - 2 -

21201\2865126.1

| | | |
|---|---|---|
| 1 | Dated:  November 18, 2011 | FARELLA BRAUN + MARTEL LLP |
| 2 | | |
| 3 | | By:  /s/ James H. Colopy |
| 4 | | James H. Colopy |
| 5 | | Attorneys for Defendant<br>NOVARTIS PHARMACEUTICALS CORPORATION |
| 6 | | |
| 7 | | |
| 8 | Seen and agreed: | |
| 9 | Dated: November 18, 2011 | PITTMAN, GERMANY, ROBERTS & WELSH LLP |
| 10 | | |
| 11 | | By:  /s/ Robert G. Germany |
| 12 | | Robert G. Germany |
| 13 | | Attorneys for Plaintiff<br>CHRIS HILL |
| 14 | | |
| 15 | | |
| 16 | IT IS SO ORDERED. | |
| 17 | Dated:  **November 28, 2011** | /s/ *Dennis L. Beck* |
| 18 | | UNITED STATES MAGISTRATE JUDGE |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED SCHEDULING ORDER [PROPOSED]
Case No. 1:06-CV-00939 AWI-DLB

- 3 -

21201\2865126.1