| | |
|---|---|
| Katharine R. Latimer (admitted *pro hac vice*)<br>  klatimer@hollingsworthllp.com<br>Martin C. Calhoun (admitted *pro hac vice*)<br>  mcalhoun@hollingsworthllp.com<br>Hollingsworth LLP<br>1350 I Street, NW<br>Washington, DC  20005<br>Telephone:  (202) 898-5800<br>Facsimile:  (202) 682-1639<br><br>James A. Bruen (State Bar No. 43880)<br>  jbruen@fbm.com<br>James H. Colopy (State Bar No. 172806)<br>  jcolopy@fbm.com<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480<br><br>Attorneys for Defendant<br>NOVARTIS PHARMACEUTICALS CORPORATION | Richard C. Bennett (State Bar No. 60561)<br>  richardb@bjglawyers.com<br>Bennett, Johnson & Galler<br>1901 Harrison Street, 16th Floor<br>Oakland, CA 94612<br>Telephone:  (510) 835-5020<br>Facsimile: (510) 835-4260<br><br>Robert G. Germany (admitted *pro hac vice*)<br>  rgg@pgrwlaw.com<br>Pittman, Germany, Roberts & Welsh LLP<br>410 South President Street<br>Jackson, MS 39225-2985<br>Telephone: (601) 948-6200<br>Facsimile: (601) 948-6187<br><br>Attorneys for Plaintiff<br>CHRIS HILL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL,<br><br>       Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>       Defendant. | Case No.  1:06-CV-00939 AWI-DLB<br><br>**STIPULATION AND ORDER REGARDING NEW DATES FOR BRIEFING AND HEARING ON DEFENDANT'S MOTION TO APPLY NEW JERSEY LAW TO PLAINTIFF'S <u>REQUEST FOR PUNITIVE DAMAGES</u>**<br><br>Date:     February 27, 2012<br>Time:    1:30 p.m.<br>Place:   Courtroom 2, 8th Floor<br>Judge:   Hon. Anthony W. Ishii<br><br>Trial Date: February 26, 2013 |

      The parties hereby stipulate to, and request that the Court order, the following minor changes to the current schedule for briefing and hearing on Defendant Novartis Pharmaceuticals

//

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE
Case No. 1:06-CV-00939 AWI-DLB

- 1 -

21201\2945283.1

Corporation's Motion to Apply New Jersey Law to Plaintiff Chris Hill's Request for Punitive Damages (ECF No. 29):

Plaintiff's opposition (currently due on Friday, February 3, 2012) shall be due Monday, February 6, 2012.

Defendant's reply memorandum (currently due Friday, February 17, 2012) shall be due Monday, February 20, 2012

The motions hearing shall be moved from February 27, 2012 at 1:30 p.m. to March 12, 2012, at 1:30 p.m.

Respectfully submitted,

Dated: February 3, 2012         FARELLA BRAUN + MARTEL LLP


By: /s/ James H. Colopy
    James H. Colopy

    Attorneys for Defendant
    NOVARTIS PHARMACEUTICALS
    CORPORATION

Seen and agreed:

Dated: February 3, 2012         PITTMAN, GERMANY, ROBERTS & WELSH LLP


By: /s/ Robert G. Germany
    Robert G. Germany

    Attorneys for Plaintiff
    CHRIS HILL

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE
Case No. 1:06-CV-00939 AWI-DLB

- 2 -

21201\2945283.1

**ORDER**

IT IS SO ORDERED.

Dated:   February 15, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE
Case No. 1:06-CV-00939 AWI-DLB

- 3 -

21201\2945283.1