**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRIS HILL, ) | 1:06-cv-00939-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF MARCH 12, 2012 AND |
| v. ) | TAKING MATTER UNDER |
| ) | SUBMISSION |
| NOVARTIS PHARMACEUTICALS ) | |
| CORPORATION et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

The motion of defendant Novartis Pharmaceuticals Corporation to apply New Jersey law to plaintiff Chris Hill's request for punitive damages has been set for hearing on March 12, 2012. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g). The previously scheduled hearing date of March 12, 2012 is hereby VACATED, and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 24, 2012                                 _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE