Joseph M. Price (*admitted pro hac vice*)
joseph.price@faegrebd.com
Linda S. Svitak (*admitted pro hac vice*)
linda.svitak@faegrebd.com
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
Telephone: (612) 776-8617
Fax: (612) 766-1600

James A. Bruen (State Bar No. 43880)
jbruen@fbm.com
Sandra A. Edwards (State Bar No. 154578)
sedwards@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION

Richard C. Bennett (State Bar No. 60561)
richardb@bjglawyers.com
Bennett, Johnson & Galler
1901 Harrison Street, 16th Floor
Oakland, CA 94612
Telephone: (510) 835-5020
Facsimile: (510) 835-4260

Robert G. Germany (*admitted pro hac vice*)
rgg@pgrwlaw.com
Pittman, Germany, Roberts & Welsh LLP
410 South President Street
Jackson, MS 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

Attorneys for Plaintiff
CHRIS HILL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRIS HILL,

Plaintiff,

vs.

NOVARTIS PHARMACEUTICALS CORPORATION,

Defendant.

Case No. 1:06-CV-00939 AWI-DLB

**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANT'S SUMMARY JUDGMENT AND DAUBERT MOTIONS**

The parties hereby stipulate to, and request that the Court order, the following one-week extension to the current schedule for briefing on Defendant Novartis Pharmaceuticals Corporation's Summary Judgment and *Daubert* Motions:

Novartis Pharmaceuticals Corporation's Summary Judgment and Daubert Motions (currently due on Wednesday, August 15, 2012) shall be due on or before August 22, 2012.

Plaintiff's Oppositions to Novartis Pharmaceuticals Corporation's Summary Judgment and Daubert Motions (currently due Wednesday, September 12, 2012) shall be due on or before September 19, 2012 .

Novartis Pharmaceuticals Corporation's Replies in support of its Summary Judgment and Daubert Motions (currently due Wednesday, September 26. 2012) shall be due on or before October 3, 2012.

The hearing on the foregoing motions shall remain set for a date on or before November 12, 2012, to be determined by the Court.

Respectfully submitted,

Dated: August ___, 2012         FARELLA BRAUN + MARTEL LLP

By:    /s/ James Bruen
       James Bruen

       Attorneys for Defendant
       NOVARTIS PHARMACEUTICALS
       CORPORATION

Dated: August __, 2012          PITTMAN, GERMANY, ROBERTS & WELSH LLP

By:    /s/ Robert G. Germany
       Robert G. Germany

       Attorneys for Plaintiff
       CHRIS HILL

IT IS SO ORDERED.

Dated: **August 14, 2012**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION EXTENDING TIME AND ORDER
Case No. 1:06-CV-00939 AWI-DLB

- 2 -

21201\3231520.1