| | |
|---|---|
| Joseph M. Price (*admitted pro hac vice*) | Richard C. Bennett (State Bar No. 60561) |
| joseph.price@faegrebd.com | richardb@bjglawyers.com |
| Linda S. Svitak (*admitted pro hac vice*) | Bennett, Johnson & Galler |
| linda.svitak@faegrebd.com | 1901 Harrison Street, 16th Floor |
| Faegre Baker Daniels LLP | Oakland, CA 94612 |
| 2200 Wells Fargo Center | Telephone: (510) 835-5020 |
| 90 S. Seventh Street | Facsimile: (510) 835-4260 |
| Minneapolis, MN 55402 | |
| Telephone: (612) 776-8617 | Robert G. Germany (*admitted pro hac vice*) |
| Fax: (612) 766-1600 | rgg@pgrwlaw.com |
| | Pittman, Germany, Roberts & Welsh LLP |
| James A. Bruen (State Bar No. 43880) | 410 South President Street |
| jbruen@fbm.com | Jackson, MS 39225-2985 |
| Sandra A. Edwards (State Bar No. 154578) | Telephone: (601) 948-6200 |
| sedwards@fbm.com | Facsimile: (601) 948-6187 |
| Farella Braun + Martel LLP | |
| 235 Montgomery Street, 17th Floor | Attorneys for Plaintiff |
| San Francisco, CA 94104 | CHRIS HILL |
| Telephone: (415) 954-4400 | |
| Facsimile: (415) 954-4480 | |

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL, | Case No. 1:06-CV-00939 AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANT'S SUMMARY JUDGMENT AND DAUBERT MOTIONS** |
| vs. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | |
| Defendant. | |

The parties hereby stipulate to, and request that the Court order, the following one-week extension to the current schedule for briefing on Defendant Novartis Pharmaceuticals Corporation's Summary Judgment and *Daubert* Motions:

Novartis Pharmaceuticals Corporation's Summary Judgment and Daubert Motions (currently due on Wednesday, August 15, 2012) shall be due on or before August 22, 2012.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION EXTENDING TIME AND ORDER
Case No. 1:06-CV-00939 AWI-DLB

- 1 -

21201\3231520.1

Plaintiff's Oppositions to Novartis Pharmaceuticals Corporation's Summary Judgment and Daubert Motions (currently due Wednesday, September 12, 2012) shall be due on or before September 19, 2012.

Novartis Pharmaceuticals Corporation's Replies in support of its Summary Judgment and Daubert Motions (currently due Wednesday, September 26. 2012) shall be due on or before October 3, 2012.

The hearing on the foregoing motions shall remain set for a date on or before November 12, 2012, to be determined by the Court.

Respectfully submitted,

Dated: August ___, 2012      FARELLA BRAUN + MARTEL LLP

By: ___/s/ James Bruen___
James Bruen

Attorneys for Defendant
NOVARTIS PHARMACEUTICALS CORPORATION

Dated: August __, 2012       PITTMAN, GERMANY, ROBERTS & WELSH LLP

By: ___/s/ Robert G. Germany___
Robert G. Germany

Attorneys for Plaintiff
CHRIS HILL

IT IS SO ORDERED.

Dated: **August 14, 2012**          ___/s/ Jennifer L. Thurston___
UNITED STATES MAGISTRATE JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION EXTENDING TIME AND ORDER
Case No. 1:06-CV-00939 AWI-DLB
- 2 -
21201\3231520.1