IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　Defendant. | 1:06-cv-00939-AWI-DLB<br><br>**ORDER RE: REQUEST TO FILE DOCUMENTS UNDER SEAL** |

The Court, having considered the request by defendant Novartis Pharmaceuticals Corporation ("NPC") to file under seal certain documents upon which NPC relies in support of its motion for summary judgment (doc. 60) and motion to exclude testimony by plaintiff's expert Dr. Suzanne Parisian (doc. 66), and for good cause shown, hereby grants NPC's request and orders the following documents be filed and maintained under seal pending further order of the Court:

**A.    Exhibit 27 to Declaration of Sandra A. Edwards in Support of NPC's Motion for Summary Judgment (doc. 63-28)**

**Exhibit 27**: Memorandum letter from Judith Roff to Robert Spaet, undated.  This document shall be filed and maintained by the Court under seal.

1

     **B.**     **Exhibits 12 and 15 to Declaration of Sandra A. Edwards in Support of NPC's Motion to Exclude Testimony by Plaintiff's Expert Dr. Suzanne Parisian (docs. 67-12 and 67-15, respectively).**

**Exhibit 12**: Expert Report of Dr. Suzanne Parisian, dated October 6, 2008. This document shall be filed and maintained by the Court under seal.

**Exhibit 15**: Rebuttal Report of Dr. Suzanne Parisian, dated December 15, 2008. This document shall be filed and maintained by the Court under seal.

IT IS SO ORDERED.

Dated:   August 23, 2012                                  _____
                                                                                         CHIEF UNITED STATES DISTRICT JUDGE