IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Defendant. | 1:06-cv-00939-AWI-DLB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR BRIEFING ON DEFENDANT'S SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** |

The parties hereby stipulate to, and the Court orders, the following five-day extension to the current briefing schedule on Defendant Novartis Pharmaceuticals Corporation's motion for summary judgment and *Daubert* motion to exclude testimony of Plaintiff Chris Hill's expert:

Plaintiff's opposition to Defendant's summary judgment and *Daubert* motions (currently due Wednesday, September 19, 2012) shall be due on or before September 24, 2012.

Defendant's replies in support of its summary judgment and *Daubert* motions (currently due Wednesday, October 3, 2012) shall be due on or before October 11, 2012.

The hearing on the foregoing motions shall remain set for November 5, 2012.

| | |
|---|---|
| Dated: September 17, 2012 | PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P. |
| | By:    /s/ Robert G. Germany<br>Robert G. Germany |
| | Attorneys for Plaintiff<br>CHRIS HILL |
| Dated: September 17, 2012 | FARELLA BRAUN + MARTEL LLP |
| | By:    /s/ James A. Bruen<br>James A. Bruen |
| | Attorneys for Defendant<br>NOVARTIS PHARMACEUTICALS CORPORATION |

IT IS SO ORDERED.

Dated: September 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE