# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL, ) | 1:06-cv-00939-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER RE: MOTION TO EXCLUDE EXPERT TESTIMONY |
| v. ) | |
| ) | (Docs. 73-76) |
| NOVARTIS PHARMACEUTICALS ) CORPORATION et al., ) | |
| ) | |
| Defendants. ) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On August 22, 2012, defendant Novartis Pharmaceuticals Corporation ("NPC") filed its motion to exclude the testimony of plaintiff Chris Hill's ("Plaintiff's") expert witness Prof. Wayne Ray. On September 26, 2012, Plaintiff filed a response to NPC's motion stating she withdraws Prof. Ray as an expert in this case. Accordingly, NPC's motion is hereby denied as MOOT.

IT IS SO ORDERED.

Dated:   October 19, 2012                         _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE