# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION et al.,<br><br>　　　　Defendants. | 1:06-cv-00939-AWI-DLB<br><br>ORDER VACATING HEARING<br>DATE OF NOVEMBER 5, 2012<br>AND TAKING MATTERS<br>UNDER SUBMISSION<br><br>(Docs. 60, 65, 66, 69 and 77) |

　　　Defendant Novartis Pharmaceuticals Corporation has filed motions for summary judgment (doc. 60); to exclude the testimony of plaintiff Chris Hill's ("Plaintiff's") expert Dr. Suzanne Parisian (docs. 65 and 66); to exclude the testimony of Plaintiff's expert Dr. Robert Marx (doc. 69); and to exclude the testimony of Plaintiff's non-retained and retained expert witnesses (doc. 77), all set for hearing on November 5, 2012. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds these matters suitable for decision without oral argument. *See* Local Rule 230(g).

　　　Accordingly, IT IS HEREBY ORDERED that the hearing date of November 5, 2012 is hereby VACATED and the parties shall not appear. The Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:　October 30, 2012　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE