1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT FOR THE**

9                                **EASTERN DISTRICT OF CALIFORNIA**

10

11   CHRIS HILL,                              )    1:06-cv-00939-AWI-SAB
                                              )
12                  Plaintiff,                )    ORDER RE: REQUEST TO FILE
                                              )    DOCUMENT UNDER SEAL
13          v.                                )
                                              )
14   NOVARTIS PHARMACEUTICALS                 )
     CORPORATION; and DOES                    )
15   1 through 20, inclusive,                 )
                                              )
16                  Defendants.               )
     _____)
17

18
     Defendant Novartis Pharmaceuticals Corporation ("Defendant") has submitted a request to file under
19
     seal one (1) document upon which Defendant relies in support of its motion in limine omnibus #1
20
     (doc. 119). The Court, having reviewed the pleadings of record, all competent and admissible
21
     evidence submitted and for good cause shown, hereby GRANTS Defendant's request and orders the
22
     following document be filed and maintained under seal pending further order of the Court:
23

24
     **1.     Exhibit 8 to the declaration of Sandra A. Edwards in support of Novartis**
25
             **Pharmaceuticals Corporation's motions *in limine* (doc. 128)**: Copy of a March 9, 2005
26
             email from Ye Hua (ZAEM-001386728/001386729)
27

28

1 | The foregoing document shall be filed and maintained by the Court under seal.

3 | IT IS SO ORDERED.

Dated:   January 17, 2013

_____
SENIOR  DISTRICT  JUDGE

2