UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
------------------------------------ x
CHRIS HILL,                          :
                                     :
             Plaintiff,              :    1:06-CV-00939-JSR-SAB
                                     :
       -v-                           :    ORDER
                                     :
NOVARTIS PHARMACEUTICALS CORPORATION,:
                                     :
             Defendant.              :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.

By Order of the Chief Justice of the United States dated February 27, 2013, this case has now been officially reassigned to the undersigned. It will proceed on the following schedule:

i. A pre-trial conference will be held on April 22, 2013 at 2:00 p.m. in Courtroom 14B of the United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time the Court will hear oral argument on all pending motions in limine.

ii. Trial will commence on June 10, 2013, at the United States Courthouse, 2500 Tulare Street, Fresno, California 93721.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 4, 2013