```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
------------------------------------- x
CHRIS HILL,                           :
                                      :
              Plaintiff,              :
                                      :    1:06-CV-00939-JSR-SAB
      -v-                             :
                                      :         ORDER
NOVARTIS PHARMACEUTICALS CORPORATION, :
                                      :
              Defendant.              :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Pending before the Court are objections to the designation of four portions of the deposition of Dr. John Thompson -- two designations by the defendant and two by the plaintiff -- that counsel intends to play at trial. See Joint Statement Regarding Objections to Deposition Designations, ECF No. 159. Having reviewed the parties' objections and the portions of the deposition transcript to which they refer, the Court hereby sustains the objections to all four designations.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 13, 2013