```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
------------------------------------- x
CHRIS HILL,                           :
                                      :
              Plaintiff,              :    1:06-CV-00939-JSR-SAB
                                      :
         -v-                          :
                                      :    ERRATA
NOVARTIS PHARMACEUTICALS CORPORATION, :
                                      :
              Defendant.              :
------------------------------------- x
```

FILED
JUN 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

JED S. RAKOFF, U.S.D.J.

The Court hereby corrects the following typographical errors appearing in its May 10, 2013, Memorandum Order regarding the parties' motions in limine in the above-captioned case:

(1) On page 5, line 1, the word "Firstly" is changed to "Finally";

(2) On page 7, line 16, the word "that" is inserted between the words "fact" and "Schubert";

(3) On page 15, line 18, the word "inadequate" is changed to "adequate";

(4) On page 20, line 1, the words "that" and "contends" are transposed.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: Fresno, California
       June 10, 2013