

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA                           JUN 2 6 2013
---------------------------------------- x
CHRIS HILL,                              :          CLERK, U.S. DISTRICT COURT
                                         :         EASTERN DISTRICT OF CALIFORNIA
                                         :         BY _____
              Plaintiff,                 :                  DEPUTY CLERK
                                         :         1:06-CV-00939-JSR-SAB
         -v-                             :
                                         :            FINAL JUDGMENT
NOVARTIS PHARMACEUTICALS CORPORATION,    :
                                         :
              Defendant.                 :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

The trial of this case having commenced on June 10, 2013, and the Court, notwithstanding its directing a verdict in favor of defendant at the close of all evidence on June 24, 2013, having nonetheless permitted the case to go to the jury, see trial transcript of 6/24/2013, and the jury having rendered a verdict of not-liable, FINAL JUDGMENT is hereby rendered in favor of defendant Novartis Pharmaceuticals Corporation and against plaintiff Chris Hill on any and all of plaintiff's claims.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: Fresno, California
       June 26, 2013