UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
--------------------------------------- x
CHRIS HILL,                             :
                                        :
              Plaintiff,                :        1:06-CV-00939-JSR-SAB
                                        :
         -v-                            :        ORDER ON PLAINTIFF'S
                                        :        MOTION FOR ADDITIONAL
NOVARTIS PHARMACEUTICALS CORPORATION,   :                TIME
                                        :        (Document No. 216)
              Defendant.                :
--------------------------------------- x

JED S. RAKOFF, U.S.D.J.


         Plaintiff's Motion for Additional Time (Document No. 216)

to file a motion to retax costs is granted.  Plaintiff has until

September 16, 2013 to file this motion.  The Court will grant no

further extensions.

         SO ORDERED.


                                        _____
                                        JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 6, 2013